UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3893-SVW (PJWx) | Date | December 3, 2007 |
|---|---|---|---|
| Title | Dean Pickard v. EMC Mortgage Corporation, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, United States District Judge | |
|---|---|---|
| Ricardo Juarez/Paul Cruz | Margaret Babykin | |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorney Present for Plaintiff: | Attorneys Present for Defendants: | |
| David Furtado | Erik Kemp<br>Donald Bradley<br>Thomas Quinn | |

**Proceedings:**   Defendant EMC's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment

Hearing held. New counsel, David Furtado, appears on behalf of plaintiff. The Court requires a response from defendant by 3 p.m. tomorrow regarding whether the defendant can correct plaintiff's credit score.

0 : 14

Initials of Preparer   RJ