**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorneys for Defendant TRANS UNION LLC

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Clsd ___
Enter ___
JS-5/JS-6 ___
JS-2/JS-3 ___

LODGED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEAN PICKARD, an Individual,

　　　　Plaintiff,

vs.

EMC MORTGAGE CORPORATION, etc., et al.,

　　　　Defendants.

Case No. CV-07-3893-SVW (PJWx)

**STIPULATION AND ORDER DISMISSING ACTION AGAINST DEFENDANT TRANS UNION LLC**

　　　　Plaintiff Dean Pickard and Defendant Trans Union LLC have negotiated a settlement in this case. Plaintiff agrees to dismiss the case against Trans Union LLC, with prejudice, each side to bear his or its own costs and fees.

**SO STIPULATED.**

DATED: December 13, 2007

THE FURTADO LAW FIRM LLC

By: _____
David J. Furtado
Attorneys for Dean Pickard

---

STIPULATION AND ORDER DISMISSING ACTION AGAINST DEFENDANT TRANS UNION LLC

1  DATED: December 13, 2007        MUSICK, PEELER & GARRETT LLP

3                                  By: /s/ Donald E. Bradley
                                   Donald E. Bradley
4                                  Attorneys for Trans Union LLC

6                                  **ORDER**

7  Pursuant to the foregoing stipulation,

8  **IT IS HEREBY ORDERED THAT** Plaintiff's action against Trans
9  Union LLC is dismissed with prejudice.

11  DATED: _____, 2007           _____
                                    The Honorable Stephen V. Wilson
12                                  United States District Judge
                                    Central District of California

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

S63943.1                                    2
STIPULATION AND ORDER DISMISSING ACTION AGAINST DEFENDANT TRANS UNION LLC

RECEIVED   DEC-13-2007  10:01AM   FROM-           TO-MUSICK,PEELER & GARR   PAGE 003

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

      On December 13, 2007, I served the foregoing document(s) described as **STIPULATION AND ORDER DISMISSING ACTION AGAINST DEFENDANT TRANS UNION LLC** on the interested parties in this action as follows:

**See Attached List**

☐   **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☒   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. No errors were reported.

☐   **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☐   **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

Executed on December 13, 2007, at Costa Mesa, California.

☒   **(Federal)**     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                      Karen S. Reisner

557537.1

## SERVICE LIST

| | |
|---|---|
| David J. Furtado<br>The Furtado Law Firm LLC<br>44 Cook St., Ste. 100<br>Denver, CO 80206<br>Phone: 866-497-6106<br>Fax: 303-309-6463 | Marc S. Carlson<br>Jones Day<br>3 Park Plaza, Ste. 1100<br>Irvine, CA 92614<br>Phone: 949-553-7524<br>Fax: 949-553-7539 |
| Erik Wayne Kemp<br>Regina J. McClendon<br>John B. Sullivan<br>Severson & Werson<br>One Embarcadero Cntr., Ste. 2600<br>San Francisco, CA 94111<br>Phone: 415-398-3344<br>Fax: 415-956-0439 | Thomas P. Quinn, Jr.<br>Nokes & Quinn<br>450 Ocean Dr.<br>Laguna Beach, CA 92651<br>Phone: 949-376-3005<br>Fax: 949-376-3070 |