JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
EMC MORTGAGE CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
DEC 21 2007 5:00
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN PICKARD, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>EMC MORTGAGE CORPORATION, a business entity, et al.<br><br>Defendants. | Case No.: CV-07-3893-SVW(PJWx)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION AGAINST DEFENDANT EMC MORTGAGE CORPORATION** |

Plaintiff Dean Pickard and defendant EMC Mortgage Corporation have negotiated a settlement in this case. By and through their respective counsel, Pickard and EMC hereby stipulate that Pickard's action be dismissed as to EMC with prejudice, each side to bear his or its own costs.

IT IS SO STIPULATED.

DATED: December 21, 2007          SEVERSON & WERSON
                                  A Professional Corporation

                                  By: /s/ Erik Kemp
                                         Erik Kemp

                                  Attorneys for Defendant
                                  EMC MORTGAGE CORPORATION

11474/0064/650816.2

BY FAX   CV-07-3893-SVW(PJWx)

DATED: December 20, 2007

THE FURTADO LAW FIRM LLC

By: _____
David J. Furtado

Attorneys for Plaintiff
DEAN PICKARD

## ORDER

Pursuant to the foregoing stipulation,

IT IS HEREBY ORDERED THAT plaintiff Dean Pickard's action against defendant EMC Mortgage Corporation is dismissed with prejudice.

DATED: December 27, 2007

_____
The Honorable Stephen V. Wilson
United States District Court Judge

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION AGAINST DEFENDANT EMC MORTGAGE CORPORATION**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| David J. Furtado, Esq.<br>The Furtado Law Firm LLC<br>44 Cook Street, Suite 100<br>Denver, CO 80206<br>Telephone: (866) 497-6106<br>Facsimile: (303) 309-6463<br>E-mail: dfurtado@furtadolaw.com<br>**Attorneys for Plaintiff DEAN PICKARD** | Donald E. Bradley Esq.<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA 92626<br>Telephone: (714) 688-2400<br>Fax: (714) 668-2490<br>**Attorneys for Defendant TRANS UNION LLC** |
| Thomas P. Quinn Jr. Esq.<br>Nokes and Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Telephone: (949) 376-3055<br>Fax: (949) 376-3070<br>E-mail: tquinn@nokesquinn.com<br>**Attorneys for Defendant EQUIFAX INFORMATION SERVICE LLC** | Marc S. Carlson Esq.<br>JONES DAY<br>3 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Telephone: (949) 851-3939<br>Fax: (949) 553-7539<br>E-mail: mcarlson@jonesday.com<br>**Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC.** |

☑ **BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on December 21, 2007.

_____
Anne Ogonowski

11474/0064/650816.2

- 3 -

Case No.: CV-07-3893-SVW(PJWx)